FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

05 SEP 14 AM 10: 29

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

James Hines and Sandra Hines,          :
                                       :
       Plaintiffs,                     :     Civil No. 6:05-cv-158-ACC-DAB
                                       :
    v.                                 :
                                       :
GMAC Mortgage Corporation              :
dba Ditech.com                         :
                                       :
       Defendant.

## CONSENT ORDER DISMISSING MATTER WITH PREJUDICE

The parties hereto, by their respective undersigned counsel, have advised the Court that they have agreed to a settlement of this matter; and have agreed to this matter's voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a); and that the parties and their counsel require additional time to document and effectuate their settlement and the settlement of related litigation;

IT IS on this __14th__ day of __September__, 2005;

ORDERED that, subject only to further action by the Court upon motion by either party, this matter is dismissed with prejudice, with said dismissal effective as of seventy-five (75) days from the date of this Order.

_____
U.S.D.J.

*The undersigned consent to the form and entry of this Order:*

| | |
|---|---|
| LEGG LAW FIRM, LLC<br>Pike<br>Frederick, MD 21703<br>(301) 620-1016<br>Facsimile: (301) 620-1018<br>Attorneys for Plaintiffs<br>Florida Bar No. 17388 | NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.<br>1645 Palm Beach Lakes Boulevard, Suite 1200<br>West Palm Beach, Florida 33401<br>Telephone: (561) 686-3307<br>Facsimile: (561) 686-5442<br>Attorneys for Defendant<br>Florida Bar No.: 511218 |

5500 Buckeystown
Telephone:

By: <u>Mary T. Szeluga</u>  
    Mary T. Szeluga  
    Trial Counsel

By: <u>Nathan E. Nason</u>  
    Nathan E. Nason  
    Trial Counsel

    Mark S. Melodia, Esq.  
    REED SMITH LLP  
    136 Main Street, Suite 250  
    P.O. Box 7839  
    Princeton, New Jersey  08543-7839  
    Telephone:   (609) 987-0050  
    Facsimile:    (609) 951-0824  
    Attorneys for Defendant

Dated:  September 13, 2005  
Copies Furnished To:

Dated:  September 13, 2005

Brett J. Horowitz, Esq.  
Nason, Yeager, Gerson, White & Lioce, P.A.  
1645 Palm Beach Lakes Blvd., Ste. 1200  
W. Palm Beach, FL  33401

Mark S. Melodia, Esq.  
Reed Smith, LLP  
136 Main Street, Ste. 250  
Princeton, NJ  08543-7839

Mary T. Szeluga, Esq.  
Legg Law Firm, LLC  
5500 Buckeystown Pike  
Frederick, MD  21703

H:\7542\17512\POrderDismissingCaseBJH/sjj